IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN STERLING,<br>    Petitioner | : | |
| v. | : | CIVIL ACTION NO. 1:CV-15-2380 |
| DAVID J. EBBERT,<br>    Respondent | : | (Judge Caldwell) |

*O R D E R*

AND NOW, this 14th day of November, 2017, in accordance with the accompanying memorandum, it is ordered that:

    1. The petition (Doc. 1) under 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    2. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge